**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRONWORKERS LOCAL UNION NO. 808, IRONWORKERS LOCAL UNION NO. 808 PENSION FUND, IRONWORKERS LOCAL UNION NO. 808 ANNUITY FUND, IRONWORKERS LOCAL UNION NO. 808 APPRENTICESHIP FUND, WADE A. IVEY, BILLY E. SHEFFIELD, GREGORY HOLMES, ALLEN PARKER, BILLY JOHNS, STANLEY DVORAK, JR. as Trustees of the Trust Funds, and SOUTHEASTERN IRON WORKERS WELFARE FUND,**

      **Plaintiffs,**

**-vs-**                  **Case No. 6:02-cv-185-Orl-31DAB**

**CAROLINA INSTALLATION, INC.,**

      **Defendant.**
_____

## ORDER

Upon consideration of Plaintiff's Motion for Contempt (Doc. 22) and Defendant's Response (Doc. 29), it is

**ORDERED** that the Motion is GRANTED. Defendant, Carolina Installation, Inc. or its legal successor shall timely respond to Plaintiff's deposition subpoena to be held in Melbourne, Florida, at a convenient time and place prior to December 31, 2006. As a sanction for Defendant's contempt, a $500 judgment shall be entered against Defendant for the reasonable cost of bringing this motion before the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party